HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

JASMINE SNIPES and ALEXANDER BING,

          Plaintiffs,

    v.

PROGRESSIVE DIRECT INSURANCE COMPANY, a registered foreign insurer,

          Defendant.

Case No. 2-25-cv-01620-RSM

**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE**

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial Date, Dkt. #21. Having considered the instant Motion, and the Court being fully advised in the facts and law, the Court hereby finds and ORDERS that the Stipulate Motion, Dkt. #21, is GRANTED. The current trial date of August 3, 2026, is continued until March 1, 2027. An amended trial scheduling order will follow.

DATED this 18th of February, 2026.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE - 1